# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## REDDING BRANCH

UNITED STATES OF AMERICA

CASE NO.  3:17-mj-0014 CMK

vs.

ORDER TO PAY

HENRY W. BARNES

The Defendant, having been found guilty of Count 2, after entry of a no contest plea thereto, is

ORDERED TO PAY a fine in the sum of $4,970.00 and a penalty assessment of $30.00 for total of $5,000.00 in monthly installments of $250.00 or more per month beginning February 1, 2018, and continuing on the first day of each month thereafter until paid in full.  Said payments to be made to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.

Count 1 is dismissed.

DATED: January 9, 2018

_Craig M. Kellison_

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE